IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-90-146-CR




ARTHUR BITNER,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT



NO. 6225, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING



 





PER CURIAM

 This is an appeal from a judgment of conviction for aggravated sexual assault. The
punishment is imprisonment for sixty years.

 Counsel for appellant has filed a suggestion of death and motion for permanent
abatement based on the death of appellant June 20, 1991. The motion is granted. Tex. R. App.
P. Ann. 9(b) (Pamph. 1992).

 The appeal is permanently abated.


[Before Justices Powers, Jones and Kidd]

Appeal Permanently Abated

Filed: April 22, 1992

[Do Not Publish]